**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EUGENIA SONG,

                Plaintiff,

-against-                            25 **CIVIL** 2772 (LLS)

                                                            **<u>JUDGMENT</u>**

PRESIDENT AND TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK;
CLAIRE SHIPMAN,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 14, 2025, Plaintiff's complaint is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). The warning issued in Song v. Trustees of Columbia Univ. of New York, No. 24-CV-4014 (LTS) (S.D.N.Y. July 23, 2024), remains in effect. Should Plaintiff file future actions in this court that are frivolous or do not state a claim against the named defendants, the court may enter an order barring her from filing new actions in forma pauperis, unless she receives permission from the court to file the new civil action. See 28 U.S.C. § 1651. Judgment is hereby entered in this action.

**Dated:** New York, New York

      July 15, 2025

                                                        **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                                **BY:**      *K. Mango*

                                                            **Deputy Clerk**